AO279,McSHAIN,TERMED

# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:26–cv–01072

ABC, IP, LLC et al v. OPTICS PLANET, INC. d/b/a OPTICSPLANET
Assigned to: Honorable Sharon Johnson Coleman
Cause: 35:271 Patent Infringement

Date Filed: 01/29/2026
Date Terminated: 05/01/2026
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC, IP, LLC**
*a Delaware limited liability company*

represented by **Carl E. Bruce**
Fish & Richardson P.C.
1717 Main St., Ste. 5000
Dallas, TX 75201
214–747–5070
Fax: Pro Hac Vice
Email: bruce@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn D. Bellamy**
Wood, Herron & Evans LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513–241–2324
Fax: 513–241–6234
Email: gbellamy@whe–law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew A Colvin**
Fish & Richardson P.C.
1717 Main St., Ste. 5000
Dallas, TX 75201
214–747–5070
Fax: Pro Hac Vice
Email: colvin@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin J. Christoff**
Fish & Richardson P.C.
1000 Maine Ave SW STE 1000
Washington, DC 20024
(202) 783–5070
Fax: Pro Hac Vice
Email: christoff@fr.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jory M Hoffman**
Fish & Richardson P.C.
150 N. Riverside Plaza
Suite 2820
Chicago, IL 60606
312−278−2608
Email: jmhoffman@fr.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**RARE BREED TRIGGERS, INC.**
*a Texas corporation*

represented by **Carl E. Bruce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn D. Bellamy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew A Colvin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin J. Christoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jory M Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Optic Planet, Inc**
*an Illinois corporation*
*doing business as*
OpticsPlanet

represented by **Jason S Shull**
Banner & Witcoff, Ltd.
71 S. Wacker Drive
Suite 3600
Chicago, IL 60606
(312)463−5000
Fax: Active
Email: jshull@bannerwitcoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Jay Bruening**
Banner & Witcoff, Ltd.
71 S. Wacker Drive
Suite 3600
Chicago, IL 60606
(312) 463–5000
Fax: Not a member
Email: abruening@bannerwitcoff.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2026 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* filed by ABC, IP, LLC, RARE BREED TRIGGERS, INC.; Jury Demand. Filing fee $ 405, receipt number AILNDC–24661095. (Attachments: # 1 Exhibit A – 12,038,247, # 2 Exhibit B – 12,031,784, # 3 Exhibit C – 10,514,223, # 4 Exhibit D – 11,724,003, # 5 Exhibit E – 12,036,336, # 6 Exhibit F – 12,274,807)(Hoffman, Jory) (Entered: 01/29/2026) |
| 01/29/2026 | Ï 2 | CIVIL Cover Sheet (Hoffman, Jory) (Entered: 01/29/2026) |
| 01/29/2026 | Ï 3 | ATTORNEY Appearance for Plaintiffs ABC, IP, LLC, RARE BREED TRIGGERS, INC. by Jory M Hoffman (Hoffman, Jory) (Entered: 01/29/2026) |
| 01/29/2026 | Ï 5 | NOTICE by ABC, IP, LLC, RARE BREED TRIGGERS, INC. re complaint, 1 *NOTICE OF FILING REPORT ON THE FILING OF ANY ACTION REGARDING A PATENT OR TRADEMARK (AO 120)* (Attachments: # 1 Report on the Filing or Determination of an Action Regarding a Patent or Trademark)(Hoffman, Jory) (Entered: 01/29/2026) |
| 01/30/2026 | Ï 6 | MAILED Patent report to Patent Trademark Office, Alexandria VA. (qrtr, ) (Entered: 01/30/2026) |
| 01/30/2026 | Ï | CASE ASSIGNED to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable Heather K. McShain. Case assignment: Random assignment. (Civil Category 1). (axm, ) (Entered: 01/30/2026) |
| 01/30/2026 | Ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (axm, ) (Entered: 01/30/2026) |
| 01/30/2026 | Ï 7 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by RARE BREED TRIGGERS, INC. (Hoffman, Jory) (Entered: 01/30/2026) |
| 01/30/2026 | Ï 8 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by ABC, IP, LLC (Hoffman, Jory) (Entered: 01/30/2026) |
| 02/02/2026 | Ï 10 | MINUTE entry before the Honorable Sharon Johnson Coleman: This case has been assigned to the calendar of Judge Sharon Johnson Coleman. Status hearing is set for 3/30/2026 at 10:15 AM as an in–person hearing. Plaintiff(s) is directed to advise the defendant(s) of the status hearing forthwith. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. The parties are directed to discuss settlement, and whether they |

| | | |
|---|---|---|
| | | consent to proceed before the Magistrate Judge. If the parties agree to consent jurisdiction before the Magistrate Judge, all parties must sign the consent form and electronically file the signed form on the case docket. The court encourages the parties to review this court's website for its standing orders prior to contacting chambers. Mailed notice. (ym) (Entered: 02/02/2026) |
| 02/02/2026 | Ï 11 | SUMMONS Issued (Court Participant) as to Defendant Optic Planet, Inc (axk, ) (Entered: 02/02/2026) |
| 02/06/2026 | Ï 12 | CERTIFICATE of Service by Plaintiffs ABC, IP, LLC, RARE BREED TRIGGERS, INC. regarding summons issued (court participant) 11 (Hoffman, Jory) (Entered: 02/06/2026) |
| 02/12/2026 | Ï 13 | NOTICE by ABC, IP, LLC, RARE BREED TRIGGERS, INC. *RE MULTIDISTRICT LITIGATION FILING* (Attachments: # 1 Attachment – Part 1 – Mot to Transfer and Resp, # 2 Attachment – Part 2 – Mot to Transfer and Resp, # 3 Attachment – Part 3 – Mot to Transfer and Resp, # 4 Attachment – Part 4 – Partisan Resp, # 5 Attachment – Part 5 – Not of Potential Tag–Alongs, # 6 Exhibit 1 to Attachment – Part 5, # 7 Exhibit 2 to Attachment – Part 5, # 8 Exhibit 3 to Attachment – Part 5, # 9 Exhibit 4 to Attachment – Part 5, # 10 Exhibit 5 to Attachment – Part 5, # 11 Exhibit 6 to Attachment – Part 5, # 12 Exhibit 7 to Attachment – Part 5, # 13 Exhibit 8 to Attachment – Part 5, # 14 Exhibit 9 to Attachment – Part 5)(Hoffman, Jory) (Entered: 02/12/2026) |
| 02/18/2026 | Ï 14 | MOTION for Leave to Appear Pro Hac Vice on behalf of ABC, IP, LLC, RARE BREED TRIGGERS, INC. by Matthew A Colvin; Filing fee $ 150, receipt number AILNDC–24738930.<br><br>(Colvin, Matthew) (Entered: 02/18/2026) |
| 02/19/2026 | Ï 15 | MOTION for Leave to Appear Pro Hac Vice on behalf of ABC, IP, LLC, RARE BREED TRIGGERS, INC. by Benjamin J. Christoff; Filing fee $ 150, receipt number AILNDC–24746679.<br><br>(Christoff, Benjamin) (Entered: 02/19/2026) |
| 02/20/2026 | Ï 16 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorneys Matthew A. Colvin and Benjamin J. Christoff's motions for leave to appear pro hac vice 14 , 15 are granted. Mailed notice. (ym) (Entered: 02/20/2026) |
| 02/20/2026 | Ï 17 | MOTION for Leave to Appear Pro Hac Vice on behalf of ABC, IP, LLC, RARE BREED TRIGGERS, INC. by Carl E. Bruce; Filing fee $ 150, receipt number AILNDC–24752525.<br><br>(Bruce, Carl) (Entered: 02/20/2026) |
| 02/23/2026 | Ï 18 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Carl E. Bruce's motion for leave to appear pro hac vice 17 is granted. Mailed notice. (ym) (Entered: 02/23/2026) |
| 02/23/2026 | Ï 19 | ATTORNEY Appearance for Defendant Optic Planet, Inc by Jason S Shull (Shull, Jason) (Entered: 02/23/2026) |
| 02/23/2026 | Ï 20 | ANSWER to Complaint by Optic Planet, Inc(Shull, Jason) (Entered: 02/23/2026) |
| 02/23/2026 | Ï 21 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Optic Planet, Inc (Shull, Jason) (Entered: 02/23/2026) |
| 03/16/2026 | Ï 22 | REPORT of Rule 26(f) Planning Meeting by ABC, IP, LLC, RARE BREED TRIGGERS, INC. (Hoffman, Jory) (Entered: 03/16/2026) |
| 03/24/2026 | Ï 23 | MOTION by Plaintiffs ABC, IP, LLC, RARE BREED TRIGGERS, INC. for leave to file *AMENDED COMPLAINT (UNOPPOSED)*<br><br>(Attachments: # 1 Exhibit A (Amended Complaint), # 2 Exhibit A to Amended Complaint, # 3 Exhibit B to Amended Complaint, # 4 Exhibit C to Amended Complaint, # 5 Exhibit D to Amended |

| | | |
|---|---|---|
| | | Complaint, # 6 Exhibit E to Amended Complaint, # 7 Exhibit F to Amended Complaint, # 8 Exhibit G to Amended Complaint, # 9 Exhibit H to Amended Complaint, # 10 Exhibit I to Amended Complaint)(Hoffman, Jory) (Entered: 03/24/2026) |
| 03/25/2026 | Ï 24 | STATUS Report *(JOINT INITIAL)* by ABC, IP, LLC, RARE BREED TRIGGERS, INC. (Hoffman, Jory) (Entered: 03/25/2026) |
| 03/25/2026 | Ï 25 | MOTION by Plaintiffs ABC, IP, LLC, RARE BREED TRIGGERS, INC. to vacate *March 30, 2026 Status Hearing* (Hoffman, Jory) (Entered: 03/25/2026) |
| 03/26/2026 | Ï 26 | RESPONSE by Optic Planet, Incin Opposition to MOTION by Plaintiffs ABC, IP, LLC, RARE BREED TRIGGERS, INC. to vacate *March 30, 2026 Status Hearing* 25 (Shull, Jason) (Entered: 03/26/2026) |
| 03/26/2026 | Ï 27 | MINUTE entry before the Honorable Sharon Johnson Coleman: This Court is in receipt of an "unopposed" motion to file an amended complaint, as the deadline to amend as of right elapsed on March 16, 2026. Although there is a statement saying that Defendant sent written confirmation that they consented to the request, no such documentation was attached. The Court orders the parties to submit verification of Defendant's consent within 3 days of this order. If no verification is filed, the Court will evaluate whether it is appropriate for it to grant leave under Federal Rule of Civil Procedure 15(a)(2). Additionally, Plaintiff filed a motion to vacate the initial status hearing for scheduled for 3/30/2026 25 , claiming that their most recent status report addresses every matter to be discussed at the hearing. The Court denies their motion. The parties must appear in−person before the Court to discuss the status of their case with the Court. Mailed notice. (ym) (Entered: 03/26/2026) |
| 03/26/2026 | Ï 28 | Verification of Consent to Amend Complaint by ABC, IP, LLC, RARE BREED TRIGGERS, INC. (Attachments: # 1 Declaration of Hoffman ISO Verification of Consent to Amend Complaint, # 2 Exhibit A to Declaration of Hoffman, # 3 Exhibit B to Declaration of Hoffman)(Hoffman, Jory) (Entered: 03/26/2026) |
| 03/27/2026 | Ï 29 | ATTORNEY Appearance for Defendant Optic Planet, Inc by Alexander Jay Bruening (Bruening, Alexander) (Entered: 03/27/2026) |
| 03/30/2026 | Ï 30 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs' motion for leave to file amended complaint 23 is granted. Counsel for plaintiffs shall electronically file the amended complaint as a separate docket entry on the case docket. Mailed notice. (ym) (Entered: 03/30/2026) |
| 03/30/2026 | Ï 31 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 3/30/2026. Counsel for plaintiffs reported that the parties are moving forward with discovery and counsel expects that the JPML will be entering a ruling within the next two weeks. Case is referred to a Magistrate Judge McShain for discovery supervision and settlement. Judge McShain has authority to set/adjust discovery deadlines and, within the timeline mandated by Federal Rule of Civil Procedure 16(b)(2), is directed to set deadlines by which to join other parties and amend the pleadings. An in−person status hearing is set for 6/22/2026 at 9:45 AM. Mailed notice. (ym) (Entered: 03/30/2026) |
| 03/30/2026 | Ï 32 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Heather K. McShain for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice. (ym) (Entered: 03/30/2026) |
| 03/30/2026 | Ï 33 | AMENDED complaint by ABC, IP, LLC, RARE BREED TRIGGERS, INC. against All Defendants (Attachments: # 1 Exhibit A − 12038247, # 2 Exhibit B − 12031784, # 3 Exhibit C − 12529538, # 4 |

| | | |
|---|---|---|
| | | Exhibit D – 12578159, # 5 Exhibit E – 10514223, # 6 Exhibit F – 11724002, # 7 Exhibit G – 12036336, # 8 Exhibit H – 12274807, # 9 Exhibit I – Super Safety Guide)(Hoffman, Jory) (Entered: 03/30/2026) |
| 04/01/2026 | Ï 34 | MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain for discovery supervision (with authority to set/adjust discovery deadlines), to set dates for joining other parties and amending the pleadings, and for settlement 32 . The Court has reviewed the parties' initial status report 24 and the District Judge's minute entry of 03/30/2026 31 . In the exercise of its broad discretion to manage discovery and considering plaintiffs' counsel's representation that the parties are moving forward with discovery 31 , the Court declines to defer setting a discovery schedule and will enter the schedule proposed by defendant: all fact discovery to be completed by 10/09/2026, and a schedule for expert discovery will be set closer to the end of fact discovery. Either side may move to adjust the schedule, if appropriate and after conferring with opposing counsel, based on the Judicial Panel on Multidistrict Litigation's anticipated ruling on the motion to centralize this and related cases. The undersigned declines to set the proposed patent–specific case management deadlines contained in the initial status report, see 24 5, as those matters are beyond the scope of the referral. Because a discovery schedule has been set, the Court expects the parties to proceed with discovery unless they move for and obtain a stay of discovery. If a dispute over discovery arises, the parties must review and comply with Judge McShain's standing order on discovery motions (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Discovery Motion Requirements"). A joint status report is due before Judge McShain on 06/01/2026 to update the Court on: (a) the progress of discovery; (b) proposed dates for amending the pleadings and joining additional parties, if necessary; (c) the status of settlement discussions, if any; and (d) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (pk, ) (Entered: 04/01/2026) |
| 04/01/2026 | Ï 35 | MOTION for Leave to Appear Pro Hac Vice on behalf of ABC, IP, LLC, RARE BREED TRIGGERS, INC. by Glenn D. Bellamy; Filing fee $ 150, receipt number AILNDC–24927123. Presented before Magistrate Judge (Bellamy, Glenn) (Entered: 04/01/2026) |
| 04/13/2026 | Ï 36 | ANSWER to amended complaint by Optic Planet, Inc(Shull, Jason) (Entered: 04/13/2026) |
| 04/17/2026 | Ï 37 | MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Glenn D. Bellamy's motion for leave to appear pro hac vice 35 is granted. Counsel of record is reminded that pro hac vice motions are to be presented before the District Judge. The matter is referred to the Magistrate Judge for discovery and settlement matters. Mailed notice. (ym) (Entered: 04/17/2026) |
| 04/24/2026 | Ï 38 | MOTION by Plaintiffs ABC, IP, LLC, RARE BREED TRIGGERS, INC. to stay *AND TO EXTEND TIME ON CASE DEADLINES PENDING DECISION ON THIS MOTION* Presented before District Judge (Colvin, Matthew) (Entered: 04/24/2026) |
| 04/24/2026 | Ï 39 | MEMORANDUM by ABC, IP, LLC, RARE BREED TRIGGERS, INC. in support of motion to stay 38 *[EMERGENCY]* (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Text of Proposed Order Granting Emergency Motion to Stay)(Colvin, Matthew) (Entered: 04/24/2026) |
| 04/24/2026 | Ï 40 | |

| | | |
|---|---|---|
| | | *EMERGENCY* NOTICE of Motion by Matthew A Colvin for presentment of motion to stay 38 before Honorable Sharon Johnson Coleman on 4/27/2026 at 10:00 AM. (Colvin, Matthew) (Entered: 04/24/2026) |
| 04/26/2026 | Ï 41 | RESPONSE by Optic Planet, Incin Opposition to MOTION by Plaintiffs ABC, IP, LLC, RARE BREED TRIGGERS, INC. to stay *AND TO EXTEND TIME ON CASE DEADLINES PENDING DECISION ON THIS MOTION*<br><br>Presented before District Judge<br><br>38 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Shull, Jason) (Entered: 04/26/2026) |
| 04/27/2026 | Ï 42 | MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/27/2026. There being no objections, plaintiffs' emergency motion to stay and to extend time on case deadline pending decision on motion 38 is granted. Enter Order. An in–person status hearing is set for 6/30/2026 at 9:45 AM. If the matter is moved pursuant to the order from the JPML, the Court will strike the status. Mailed notice. (ym) (Entered: 04/28/2026) |
| 04/28/2026 | Ï 43 | ORDER Granting Plaintiffs' Emergency Motion to Stay and Extend Time on Case Deadlines Pending Decision on This Motion. Signed by the Honorable Sharon Johnson Coleman on 4/28/2026. Mailed notice. (ym) (Entered: 04/28/2026) |
| 04/29/2026 | Ï 44 | MINUTE entry before the Honorable Heather K. McShain: In light of the District Judge's order granting a stay [42, 43], the current discovery schedule and the 06/01/2026 joint status report date before Judge McShain 34 are stricken. (pk, ) (Entered: 04/29/2026) |
| 05/01/2026 | Ï 45 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to Eastern District of Texas. Signed by the Unassigned on 5/1/2026. Mailed notice. (jxm, ) (Entered: 05/07/2026) |
| 05/07/2026 | Ï 46 | TRANSFERRED to the Eastern District of Texas, Milwaukee the electronic record. (jxm, ) (Entered: 05/07/2026) |
| 05/08/2026 | Ï 47 | MINUTE entry before the Honorable Heather K. McShain: This case having been terminated, the referral in this case is hereby closed. (pk, ) (Entered: 05/08/2026) |