# EXHIBIT 2

| | |
|---|---|
| **From:** | Jory Hoffman |
| **Sent:** | Tuesday, June 09, 2026 8:49 PM |
| **To:** | SBurow; ted@polaseklaw.com; Christian Hurt; Edward Chin |
| **Cc:** | Ben Christoff; Matt Colvin; [FR Service] ABC IP/Rare Breed; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com; Atrius-RareBreed@mckoolsmith.com; afloyd@floydip.com; Conor Civins; jms@etblaw.com; Sergey Vernyuk; gbeach; jshull@bannerwitcoff.com |
| **Subject:** | Re: ABC IP / RBT v. Various Defendants Subject to PI Motion (E.D. Tex. / MDL) - Sealed PI Materials / Expert Access / Redacted Client Versions |

Hi Scott,

Consistent with the extension Plaintiffs agreed to at other Defendants' request, Plaintiffs do not oppose OpticsPlanet's requested 14-day extension, with responses due June 26, 2026, unless the Court extends or stays that deadline.

Thanks,
Jory

## Jory Hoffman
Associate ¦ Fish & Richardson P.C.

**T:** 312 278 2608
JmHoffman@fr.com | Bio | LinkedIn | fr.com
150 N. Riverside Plaza, Suite 2820, Chicago, IL 60606

---

**From:** Scott Burow <SBurow@bannerwitcoff.com>
**Sent:** Tuesday, June 9, 2026 12:57 PM
**To:** Jory Hoffman <JmHoffman@fr.com>; ted@polaseklaw.com <ted@polaseklaw.com>; Christian Hurt <churt@McKoolSmith.com>; Edward Chin <echin@McKoolSmith.com>
**Cc:** Ben Christoff <christoff@fr.com>; Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com <Gbellamy@whe-Law.com>; melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>; tom@gillamsmithlaw.com <tom@gillamsmithlaw.com>; Atrius-RareBreed@mckoolsmith.com <Atrius-RareBreed@mckoolsmith.com>; afloyd@floydip.com <afloyd@floydip.com>; Conor Civins <conor.civins@bracewell.com>; jms@etblaw.com <jms@etblaw.com>; Sergey Vernyuk <sv@etblaw.com>; gbeach <gbeach@bannerwitcoff.com>; jshull@bannerwitcoff.com <jshull@bannerwitcoff.com>
**Subject:** RE: ABC IP / RBT v. Various Defendants Subject to PI Motion (E.D. Tex. / MDL) - Sealed PI Materials / Expert Access / Redacted Client Versions

Jory,

Defendant OpticsPlanet also requests a 14-day extension of Plaintiffs' Preliminary Injunction-related filing deadlines. OpticsPlanet agrees to respond to those motions by June 26, 2026, unless the Court extends or stays that deadline.

We anticipate filing a substantially similar motion in our case, so please let me know if Plaintiffs oppose. I am available to discuss today if helpful.

Thanks,
Scott

**SCOTT BUROW | ATTORNEY**

**BANNER WITCOFF**
71 South Wacker Drive, Suite 3600
Chicago, IL 60606

TEL: 312.463.5428 | MAIN: 312.463.5000
bannerwitcoff.com | sburow@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm of Banner & Witcoff, Ltd. which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Jory Hoffman <JmHoffman@fr.com>
**Sent:** Saturday, June 6, 2026 12:55 PM
**To:** ted@polaseklaw.com; Christian Hurt <churt@McKoolSmith.com>; Edward Chin <echin@McKoolSmith.com>
**Cc:** Ben Christoff <christoff@fr.com>; Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com; Atrius-RareBreed@mckoolsmith.com; afloyd@floydip.com; Conor Civins <conor.civins@bracewell.com>; jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>; Grace Beach <gbeach@bannerwitcoff.com>; Scott Burow <SBurow@bannerwitcoff.com>; Jason Shull <JShull@bannerwitcoff.com>
**Subject:** Re: ABC IP / RBT v. Various Defendants Subject to PI Motion (E.D. Tex. / MDL) - Sealed PI Materials / Expert Access / Redacted Client Versions

> CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hi Christian and Ted,

We appreciate you waiting while we conferred with our client.

Rare Breed does not oppose the 14-day extension as outlined, based on your confirmation that the Defendants will respond to the PI-related motions by June 26, 2026, unless the Court extends or stays that deadline. As you anticipated, we would currently oppose any additional requests for an extension beyond that.

We would also like to join the call to the Court on Monday. I am available in your 10:30 AM - 1:00 PM CT window. Just let me know what time you settle on.

Thanks,
Jory

**Jory Hoffman**
Associate ¦ Fish & Richardson P.C.

**T:** 312 278 2608

JmHoffman@fr.com | Bio | LinkedIn | fr.com

150 N. Riverside Plaza, Suite 2820, Chicago, IL 60606

---

**From:** Ted Polasek <ted@polaseklaw.com>
**Sent:** Saturday, June 6, 2026 9:41 AM
**To:** Jory Hoffman <JmHoffman@fr.com>; Christian Hurt <churt@McKoolSmith.com>; Edward Chin <echin@McKoolSmith.com>
**Cc:** Ben Christoff <christoff@fr.com>; Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com <Gbellamy@whe-Law.com>; melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>; tom@gillamsmithlaw.com <tom@gillamsmithlaw.com>; Atrius-RareBreed@mckoolsmith.com <Atrius-RareBreed@mckoolsmith.com>; afloyd@floydip.com <afloyd@floydip.com>; Conor Civins <conor.civins@bracewell.com>; jms@etblaw.com <jms@etblaw.com>; Sergey Vernyuk <sv@etblaw.com>; gbeach <gbeach@bannerwitcoff.com>; SBurow <SBurow@bannerwitcoff.com>; jshull@bannerwitcoff.com <jshull@bannerwitcoff.com>
**Subject:** RE: ABC IP / RBT v. Various Defendants Subject to PI Motion (E.D. Tex. / MDL) - Sealed PI Materials / Expert Access / Redacted Client Versions

Jory,

The defendants in the MaRs case joins in the request made by the Atrius defendants.

I am available to be on a call this weekend if necessary and the call to the Court on Monday.

Thank you.


Ted Polasek
The Polasek Law Firm, PLLC
2401 Fountain View Dr., Suite 316
Houston, TX 77057
832-485-3580
www.polaseklaw.com

---

**From:** Jory Hoffman <JmHoffman@fr.com>
**Sent:** Saturday, June 6, 2026 9:33 AM
**To:** Christian Hurt <churt@McKoolSmith.com>; Edward Chin <echin@McKoolSmith.com>
**Cc:** Ben Christoff <christoff@fr.com>; Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com; Atrius-RareBreed@mckoolsmith.com; afloyd@floydip.com; Conor Civins <conor.civins@bracewell.com>; jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>; gbeach <gbeach@bannerwitcoff.com>; SBurow <SBurow@bannerwitcoff.com>; jshull@bannerwitcoff.com; Ted Polasek <ted@polaseklaw.com>
**Subject:** Re: ABC IP / RBT v. Various Defendants Subject to PI Motion (E.D. Tex. / MDL) - Sealed PI Materials / Expert Access / Redacted Client Versions

Hi Christian, I am working on getting a final response on this today.

Thanks,
Jory

---

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Friday, 05 June 2026 18:30:02
**To:** Jory Hoffman <JmHoffman@fr.com>; Edward Chin <echin@McKoolSmith.com>
**Cc:** Ben Christoff <christoff@fr.com>; Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com <Gbellamy@whe-Law.com>; melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>; tom@gillamsmithlaw.com <tom@gillamsmithlaw.com>; Atrius-RareBreed@mckoolsmith.com <Atrius-RareBreed@mckoolsmith.com>; afloyd@floydip.com <afloyd@floydip.com>; Conor Civins <conor.civins@bracewell.com>; jms@etblaw.com <jms@etblaw.com>; Sergey Vernyuk <sv@etblaw.com>; gbeach <gbeach@bannerwitcoff.com>; SBurow <SBurow@bannerwitcoff.com>; jshull@bannerwitcoff.com <jshull@bannerwitcoff.com>; ted@polaseklaw.com <ted@polaseklaw.com>
**Subject:** Re: ABC IP / RBT v. Various Defendants Subject to PI Motion (E.D. Tex. / MDL) - Sealed PI Materials / Expert Access / Redacted Client Versions

Jory -

We raised this on the prior meet-and-confer.

We're going to file this motion as opposed tomorrow if I haven't heard from yall so it's pending when we call the Court on Monday.  From your email, I assume yall don't want to join that call, but let me know if I'm wrong about that.

Thanks,

Christian

Get Outlook for iOS

**McKool Smith** | Christian Hurt

Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Jory Hoffman <JmHoffman@fr.com>
**Sent:** Friday, 05 June 2026 16:56:10
**To:** Christian Hurt <churt@McKoolSmith.com>; Edward Chin <echin@McKoolSmith.com>
**Cc:** Ben Christoff <christoff@fr.com>; Matt Colvin <colvin@fr.com>; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; Gbellamy@whe-Law.com <Gbellamy@whe-Law.com>; melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>; tom@gillamsmithlaw.com <tom@gillamsmithlaw.com>; Atrius-RareBreed <Atrius-RareBreed@mckoolsmith.com>; afloyd@floydip.com <afloyd@floydip.com>; Conor Civins <conor.civins@bracewell.com>; jms@etblaw.com <jms@etblaw.com>; Sergey Vernyuk <sv@etblaw.com>; gbeach <gbeach@bannerwitcoff.com>; SBurow <SBurow@bannerwitcoff.com>; jshull@bannerwitcoff.com <jshull@bannerwitcoff.com>; ted@polaseklaw.com <ted@polaseklaw.com>