# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>       Defendants. | Civil Action No. 2:26-cv-00030-ALM<br><br> JURY TRIAL DEMANDED |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER<br><br>       Defendants. | Civil Action No. 2:26-cv-00056-ALM<br><br> JURY TRIAL DEMANDED |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br><br>       Defendant. | Civil Action No. 4:26-cv-00521-ALM<br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 2:26-cv-00053-ALM |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH, | |
| Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 2:26-cv-00055-ALM |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| PROSOURCE FIREARMS, LLC, | |
| Defendant. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., | Civil Action No. 2:26-cv-00058-ALM |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| SUPERIOR FIREARMS OF TEXAS, LLC, | |
| Defendant. | |

**PROPOSED ORDER DENYING DEFENDANTS' MOTION TO STAY AND ENLARGE DEADLINES RELATING TO PLAINTIFFS' CONSOLIDATED PRELIMINARY INJUNCTION FILINGS, REQUIRE A STRUCTURED CONFERRAL PROCESS, AND <u>SET A STATUS CONFERENCE</u>**

The Court having considered ABC IP, LLP and Rare Breen Triggers, Inc.'s opposition to Defendants' motion to stay and enlarge deadlines relating to plaintiffs' consolidated preliminary-injunction filings, require a structured conferral process, and set a status conference ("Opposition"),

IT IS ORDERED that Defendants' Motion is hereby DENIED;

**IT IS SO ORDERED.**